■■■ TERRENCE C. BROWN, Respondent, v MARTIN M. BARRON et al., Appellants. (Appeal No. 1.) [803 NYS2d 488]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered January 6, 2004 in a personal injury action. The order, inter alia, denied defendants' motion to strike plaintiff's supplemental verified bill of particulars.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.

■■■ TERRENCE C. BROWN, Respondent, v MARTIN M. BARRON et al., Appellants. (Appeal No. 2.) [803 NYS2d 489]—Appeal from a judgment of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered March 1, 2004 in a personal injury action. The judgment awarded plaintiff $184,350.23 upon a jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.